1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN W. WILLIAMS,                          No.  1:20-cv-00287-DAD-EPG (PC)

12              Plaintiff,

13         v.                                     ORDER DISMISSING ACTION DUE TO
                                                  PLAINTIFF'S FAILURE TO PAY FILING
14    M. SAMBOA, et al.,                          FEE

15              Defendants.                       (Doc. No. 8)

16

17         Plaintiff John W. Williams is a state prisoner proceeding *pro se* in this civil rights action

18    pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On March 5, 2020, the assigned magistrate judge issued findings and recommendations

21    recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. §

22    1915(g) be denied because plaintiff had three or more prior strike dismissals and that he be

23    ordered to pay the required $400.00 filing fee to proceed with this action.  (Doc. No. 5.)  On April

24    14, 2020, the undersigned adopted those findings and recommendations, denied plaintiff's motion

25    to proceed *in forma pauperis*, and ordered plaintiff to pay the $400 filing fee in full within forty-

26    five (45) days.  (Doc. No. 8.)  Plaintiff was cautioned that his failure to comply with that order

27    and pay the required filing fee within the specified time would result in dismissal of this action.

28    (*Id*. at 4.)

                                                  1

1    Plaintiff has not paid the required filing fee or requested an extension of time to do so, and

2    the deadline to pay the required filing fee has now passed.

3    Accordingly,

4    1.    This action is dismissed without prejudice due to plaintiff's failure to obey a court

5    order and to pay the required filing fee; and

6    2.    The Clerk of the Court is directed to close this case.

7    IT IS SO ORDERED.

8    Dated:   **June 18, 2020**

9    UNITED STATES DISTRICT JUDGE

2