UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>M. SAMBOA, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00287-DAD-EPG (PC)<br><br>ORDER DIRECTING CLERK TO REFUND FILING FEE |

John W. Williams ("Plaintiff") is a state prisoner proceeding *pro se*. This action was dismissed without prejudice on June 18, 2020, due to Plaintiff's failure to pay the filing fee. (ECF Nos. 9 & 10). Plaintiff did not ask for an extension of time to pay the filing fee or appeal the dismissal. However, on December 18, 2020, Plaintiff paid the filing fee.

As this case is closed, and as Plaintiff did not file a motion to reopen the case, IT IS ORDERED that the Clerk of Court is directed to refund the $400 filing fee to Plaintiff. The Court notes that this action was dismissed without prejudice, so Plaintiff may file his complaint as a new case and pay the filing fee in that case.[1]

IT IS SO ORDERED.

Dated:  **January 11, 2021**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The filing fee is now $402.

1