UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>M. SAMBOA, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00287-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO REFUND $400 TO PLAINTIFF'S MOTHER AND VACATING ORDER DIRECTING CLERK TO REFUND FILING FEE TO PLAINTIFF<br><br>(ECF No. 13). |

      John W. Williams ("Plaintiff") is a state prisoner proceeding *pro se*. This action was dismissed without prejudice on June 18, 2020, due to Plaintiff's failure to pay the filing fee. (ECF Nos. 9 & 10). On December 18, 2020, the Court received a $400 payment from Plaintiff. On January 11, 2021, the Court directed the Clerk of Court to refund the $400 filing fee to Plaintiff. (ECF No. 11).

      On January 22, 2021, Plaintiff filed objections to the Court's order and what the Court construes as a motion. (ECF Nos. 12 & 13). Plaintiff alleges that, on December 18, 2020, the Court received a $400 money order from Plaintiff's mother, along with a civil rights complaint. Plaintiff appears to ask the Court to either attribute the filing fee to the correct case or for the payment to be returned to his mother instead of him.

      To begin, the Court notes that it did not receive a civil rights complaint from Plaintiff on or around December 18, 2020. Plaintiff appears to assert that the Court received the complaint and assigned Case No. 1:20-cv-00287 to it, but this is not so. While the Court did receive Plaintiff's payment on December 18, 2020, a review of this Court's docket and Court

records indicate that the Court did not receive a new complaint from Plaintiff on or around December 18, 2020. As it appears that Plaintiff has not filed a new case, the Court cannot attribute the filing fee to that case.

However, as it appears that it was Plaintiff's mother who sent the money order, the Court will vacate its prior order and direct the Clerk of Court to refund the $400 to Plaintiff's mother instead of Plaintiff.

The Court notes that nothing in this order prevents Plaintiff from filing (or re-filing) his complaint along with the $402 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order Directing Clerk to Refund Filing Fee issued on January 11, 2021, is VACATED;
2. The Clerk of Court is directed to refund the $400 received on December 18, 2020, to: Flora Lee, 7301 Crenshaw Blvd., #305, Los Angeles, California, 90043; and
3. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **January 25, 2021**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE